EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

*E-FILED - 10/5/05*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BONIFACIO ALTAMIRANO AND ANNIE ALTAMIRANO,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-02004 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS BONIFACIO ALTAMIRANO AND ANNIE ALTAMIRANO** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Bonifacio Altamirano and Annie Altamirano and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs

2055860.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Bonifacio Altamirano and Annie Altamirano - 1**

Bonifacio Altamirano and Annie Altamirano as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 9/7/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiffs Bonifacio Altamirano and Annie Altamirano

HUSCH & EPPENBERGER, LLC

By: /s/ Carol A. Rutter
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

---

2055860.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Bonifacio Altamirano and Annie Altamirano - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BONIFACIO ALTAMIRANO AND ANNIE ALTAMIRANO,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-02004 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS BONIFACIO ALTAMIRANO AND ANNIE ALTAMIRANO** |

THIS MATTER coming on the motion of Plaintiffs Bonifacio Altamirano and Annie Altamirano and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Bonifacio Altamirano and Annie Altamirano's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

Dated: 10/5/05          /S/ RONALD M. WHYTE

2055860.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Bonifacio Altamirano and Annie Altamirano - 3**